**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ALYSSA CARTON,**
        **Plaintiff,**

**v.**

                                        **Cause No. 1:17-CV-00313-LF-WPL**

**STARBUCKS COFFEE COMPANY,**

        **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER HAVING COME** before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well taken and should be **GRANTED**.

**THE COURT FINDS** that there is no objection from any party to dismissal with prejudice of Plaintiffs' Complaint and all claims that were or could have been alleged therein.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Complaint and all causes of action that were or could have been alleged therein in the above-captioned

matter, be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

**Approved:**

**CHAPMAN AND CHARLEBOIS, P.C.**

*/s/Joseph Turner*
Nicole M. Charlebois
Joseph Turner
P.O. Box 92438
Albuquerque, NM 87109
505-242-6000
nicole@cclawnm.com
josephturner@cclawnm.com
*Attorneys for Starbucks Corporation,*
*improperly named Starbucks Coffee Company*


*/s/Sharon E. Pomeranz*
Sharon E. Pomeranz
Law Office of Sharon Pomeranz
143 Pine St.
Santa Fe, NM 87501
505-207-0310
sharon@newmexicoada.com
*Attorney for Plaintiff*